KYLE J. KAISER (13924)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
PO BOX 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
E-mail: kkaiser@agutah.gov

*Counsel for Defendant Jared Withers*

---

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

---

| | |
|---|---|
| JOSEPH M. HOSKINS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JARED WITHERS, in his individual capacity,<br><br>Defendant. | **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S REVISED AMENDED COMPLAINT**<br><br>Case No. 2:20-cv-00749-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Defendant Jared Withers ("Defendant"), through counsel, Kyle J. Kaiser,

Assistant Utah Attorney General, hereby submits this unopposed motion for an

extension of time to answer or otherwise respond to Plaintiff's Revised Amended

Complaint for Damages and for Class-Wide Declaratory and Injunctive Relief (ECF no. 17). This is the first request for an extension of time to respond to Plaintiff's Revised Amended Complaint.

Plaintiff filed their Revised Amended Complaint on March 19, 2021. Therefore, Defendant's responsive pleading is currently due on April 2, 2021.  The three-week extension would make Defendant's responsive pleading due on or before April 23, 2020.

Counsel for Plaintiff has been consulted regarding the extension and do not oppose it. A proposed Order granting this stipulation will be filed concurrently herewith.

RESPECTFULLY SUBMITTED this 1st day of April, 2021,


OFFICE OF THE UTAH ATTORNEY GENERAL


 /s/ *Kyle J. Kaiser*
KYLE J. KAISER
Assistant Utah Attorney General
*Counsel for Defendant Jared Withers*