# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSEPH M. HOSKINS, an individual, <br><br> Plaintiff, <br> v. <br><br> JARED WITHERS, in his individual capacity, <br><br> Defendant. | **ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S REVISED AMENDED COMPLAINT** <br><br> Case No. 2:20-cv-00749-HCN-CMR <br><br> District Judge Howard C. Nielson, Jr. <br><br> Magistrate Judge Cecilia M. Romero |

Before the court is Defendant's Unopposed Motion for Extension of Time to Respond to Complaint (ECF 21) (Motion). Based on the stipulation of the parties, and for good cause shown, the court GRANTS the Motion.

Defendants shall have through and including May 21, 2021 to file an answer or otherwise respond to Plaintiff's Amended Complaint (ECF 17).

DATED this 26 April 2021.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah